UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
2013 JUL -3 AM 10: 35
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KLP
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JUSTIN YUCHNITZ (1) and<br>NATALIE PROO (2),<br><br>Defendants. | CRIMINAL NO.<br>SA13CR0556 XR<br><u>INDICTMENT</u><br><br>[Vio. 18 U.S.C. §§ 1708 and 2 Aiding<br>and Abetting in the Possession of<br>Stolen Mail] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 1708 and 18 U.S.C. §2]

From on or about December 1, 2012, and ending on or about May 29, 2013, in the Western District of Texas, Defendants,

**JUSTIN YUCHNITZ** and

**NATALIE PROO,**

aided and abetted by each other, did unlawfully have in his and her possession, approximately 10 pieces of mail matter which had been stolen, taken, embezzled and abstracted from mail receptacles which were authorized depositories for mail matter, including: a box of blank checks issued by Security Service Federal Credit Union, for account number xxxx xx 6071 held in the name of I.F.M., which was mailed to I.F.M. at his address in San Antonio, Texas; and other mail matter belonging to other persons; knowing the said mail matter was stolen, taken, embezzled and

abstracted from authorized depositories for mail matter, in violation of Title 18 United States Code, Sections 1708 and 2.

TRUE BILL.



FOREPERSON

ROBERT PITMAN
United States Attorney

By: _____
PRISCILLA GARCÍA
Assistant United States Attorney