UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 7 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. SA-13-CR-556 XR |
| JUSTIN MICHAEL YUCHNITZ | § § § | |

### AGREED ORDER

On this day, came on to be considered the United States' motion to revoke Defendant's supervised release. After due consideration, including consideration of all statutorily-required factors and revocation policy statements, the Court finds that the Defendant has violated conditions of his supervised release as alleged by the United States, and that the ends of justice and the best interests of the public will not be served by continuing the Defendant on supervised release.

Accordingly, for reasons pronounced by the Court and set forth in the motion to revoke.

**IT IS ORDERED** by the Court that the terms of supervised release previously imposed by the Court are hereby revoked.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED** with a term of re-imposed Supervised Release. The re-imposed term of Supervised Release shall be for a period of **34** months.

**IT IS FURTHER ORDERED** that all original conditions of supervised release are re-imposed along with the special condition that the Defendant submit to inpatient substance abuse treatment as directed by the United States Probation Office.

The Clerk shall provide the United States Marshal with a certified copy of this Order to be authority to said Marshal for his action in the premises.

Ordered this 27th day of January, 2016.

_____
XAVIER RODRIGUEZ
United States District Judge

**AGREED:**

_____      Date 1/27/16
JUSTIN MICHAEL YUCHNITZ
Defendant

_____      Date 1/27/16
ALFREDO R. VILLARREAL, AFPD

_____      Date 1/27/16
PRISCILLA GARCIA, AUSA